**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ECSON CAIMITE,**

                **Plaintiff,**                **9:17-cv-919**
                                                        **(GLS/CFH)**

        **v.**

**D. VENETTOZZI et al.,**

                **Defendants.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR PLAINTIFF:**
ECSON CAIMITE
Plaintiff *Pro Se*
01-A-2313
Greene Correctional Facility
P.O. Box 975
Coxsackie, New York 12051

**FOR DEFENDANTS:**
HON. BARBARA D. UNDERWOOD    MATTHEW P. REED
New York Attorney General             Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel duly filed on October 29, 2018. (Dkt. No. 28.) Following fourteen days

from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 28) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendants' motion to dismiss (Dkt. No. 19) is **GRANTED** in part and **DENIED** in part as follows:

**GRANTED** as to the following claims, which are **DISMISSED**: (1) plaintiff's Fourteenth Amendment due process claim against defendants E.F. Corbett and D. Venettozzi; (2) plaintiff's Eighth Amendment conditions of confinement claim against all defendants; and (3) plaintiff's state law claims; and

**DENIED** in all other respects, leaving only plaintiff's Fourteenth Amendment due process claim against defendants J.A. Esgrow and A. Rodriguez; and it is further

**ORDERED** that the Clerk is directed to terminate Corbett and Venettozzi from this action; and

**ORDERED** that the Clerk provide a copy of this Order to the parties

in accordance with the Local Rules.

**IT IS SO ORDERED.**

November 20, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge